

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL JIMENEZ,<br><br>Defendant. | Case No. 2:11-CR-00492-MWF-32<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On July 7, 2021, Defendant Manuel Jimenez ("Defendant") appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in this matter, Case No. 2:11-CR-00492-MWF-32. The Court appointed Antonio F. Yoon of the CJA Panel to represent Defendant, but on this date, Defendant was represented by Oliver Cleary through special appearance, also of the CJA Panel.

///

///

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release, the Court finds that:

A. ☒ Defendant submitted to the Government's Request for Detention;

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- Unverified background;
- No bail resources;
- Nature of present allegations.

C. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- Probation violations;
- Criminal history;
- New criminal convictions while on supervised release.

III.

IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings.

Dated: July 7, 2021

/s/
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE